RMT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

M11-023

UNITED STATES OF AMERICA

- against -

JEAN CARLOS CORREA PEREZ,

          Defendant.

- - - - - - - - - - - - - - - - - -X
EASTERN DISTRICT OF NEW YORK, SS:

C O M P L A I N T

(21 U.S.C. §§ 952(a)
and 960(b)(1)(A))

      GLENN BUCHAN, being duly sworn, deposes and says that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

      Upon information and belief, on or about January 7, 2011, within the Eastern District of New York and elsewhere, the defendant JEAN CARLOS CORREA PEREZ did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960(b)(1)(A)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about January 7, 2011, the defendant JEAN CARLOS CORREA PEREZ arrived at John F. Kennedy International Airport in Queens, New York, aboard Jet Blue Flight 820 from Santo Domingo, Dominican Republic.

2. The defendant JEAN CARLOS CORREA PEREZ was selected for a Customs and Border Protection ("CBP") examination. While conducting an examination of the defendant's luggage, CBP officers noticed two plates that were unusually thick. CBP officers subsequently probed those plates and found a white, powdery substance that field-tested positive for the presence of cocaine.

3. The total approximate gross weight of the cocaine recovered was 1.49 kilograms.

4. After he was arrested, the defendant JEAN CARLOS CORREA PEREZ waived his Miranda rights and admitted in sum and substance that he knew that he was carrying drugs into the United States.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

WHEREFORE, your deponent respectfully requests that defendant JEAN CARLOS CORREA PEREZ be dealt with according to law.

_____
GLENN BUCHAN
Special Agent
Homeland Security Investigations

Sworn to before me this
8th day of January, 2011

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK